**Marvin Lee GOFF, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49146.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1994.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

---

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Marvin Lee Goff appeals the denial of his motion for post-conviction remedies filed pursuant to Rule 24.035. We affirm the motion court's judgment. Rule 84.16(b).